IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY D. WILLIAMS                                                          PLAINTIFF

            vs.                              Civil No. 13-2012

SUPERVISOR DALE OWENS; and
JOHNNY SPICHELMIER                                             DEFENDANTS

## <u>ORDER</u>

 The Defendants are directed to file a summary judgment motion by **July 1, 2013.**  Once the

motion is filed, Plaintiff will be asked to verify his receipt of the motion and notify the Court of how

he intends to respond.

 IT IS SO ORDERED this 27th day of March 2013.


     /s/ *J. Marschewski*
     HON. JAMES R. MARSCHEWSKI
     CHIEF UNITED STATES MAGISTRATE JUDGE